AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Wendy Sue Hutson

               Plaintiff,

v.

USAA SAVINGS BANK,

               Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-01969-GMN-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Defendant's Motion to Dismiss pending Arbitration was granted; therefore Plaintiff's complaint was Dismissed without prejudice and this matter is closed.

2/18/2021  
Date

DEBRA K. KEMPI  
Clerk

/s/ D. Reich-Smith  
Deputy Clerk